# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

ANTONIO D. CAMPBELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2681

———————————————

December 5, 2025

Appeal from the Circuit Court for Hillsborough County; Mark Dawson Kiser, Judge.

Blair Allen, Public Defender and Richard P. Albertine, Jr., Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Nicole Rochelle Smith, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LUCAS, C.J., and KELLY, and KHOUZAM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.